# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-1098**                                        **September Term, 2022**


**Filed On:** September 2, 2022

In re: Indian Peak Properties LLC,

     Petitioner


    **BEFORE:**    Pillard, Rao, and Walker, Circuit Judges

## O R D E R

      Upon consideration of the petition for writ of mandamus, the supplements thereto, the response, and the reply; and the notices filed by petitioner, it is

      **ORDERED** that the mandamus petition be dismissed as moot.  Petitioner Indian Peak Properties LLC ("Indian Peak") requested in its mandamus petition an order directing the Federal Communications Commission to either take action on Indian Peak's petitions for declaratory rulings or to issue a letter acknowledging receipt of those petitions.  The Commission has now taken action by dismissing Indian Peak's petitions.  Thus, Indian Peak has received the relief requested.  Insofar as Indian Peak also requests additional forms of relief in its reply, this court generally does not entertain claims raised for the first time in a reply.  See Forman v. Korean Air Lines Co., Ltd., 84 F.3d 446, 448 (D.C. Cir. 1996).  In any event, Indian Peak has not shown a clear and indisputable entitlement to the relief sought.  See United States v. Fokker Servs. B.V., 818 F.3d 733, 747 (D.C. Cir. 2016).

      Pursuant to D.C. Circuit Rule 36, this disposition will not be published.


**Per Curiam**